UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Alberto Melendrez Ortega,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>Acting Warden FCI-Terminal Island,<br><br>　　　　　　　Respondent<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:26-cv-00623-SB-KES

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition for writ of habeas corpus, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the report has passed, and no objections have been filed.  Having completed its review, the Court accepts the findings and recommendations set forth in the report.  Accordingly, it is ordered that:  (1) the petition is dismissed for failure to exhaust administrative remedies; and (2) judgment shall be entered dismissing this action without prejudice.

DATED: June 11, 2026



_____
Stanley Blumenfeld Jr.
United States District Judge