JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Alberto Melendrez Ortega,<br>Petitioner,<br><br>v.<br><br>Acting Warden FCI-Terminal Island,<br><br>RESPONDENT. | Case No. 2:26-cv-00623-SB-KES<br><br>FINAL JUDGMENT |

Pursuant to the order accepting the findings, conclusions and recommendations of the United States Magistrate Judge, the petition is dismissed without prejudice.

Dated:  June 11, 2026

_____

Stanley Blumenfeld, Jr.
United States District Judge